

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA FIELDS,

        Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC, et al.,

        Defendants.

20-CV-895 (LJL) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    At the request of the parties, it is hereby ORDERED that the settlement conference currently scheduled for September 16, 2020 at 2:15 p.m. is ADJOURNED to **October 22, 2020, at 2:15 p.m.** All other provisions of the Order Scheduling Settlement Conference (Sched. Order) (Dkt. No. 45) remain in effect, including the requirements that, no later than one week prior to the rescheduled conference (that is, no later than **October 15, 2020):** (i) the parties conduct "at least one good-faith settlement discussion," (ii) each party convey to each opposing party "at least one good-faith settlement demand or offer," (iii) any defendant that intends to assert an inability to pay what might otherwise be considered a reasonable settlement amount produce documents to plaintiffs' counsel sufficient to evidence their financial status, (iv) each party submit a confidential settlement letter to chambers by email, containing the updated status of the parties' settlement negotiations to date, as well as any other information likely to be helpful to the settlement process, and (v) each party submit an acknowledgment form to chambers by email, and serve it on all other parties, identifying the individuals who will attend the settlement conference. Sched. Order ¶¶ 2-5. The dial-in information remains the same. *Id.* ¶ 6.

Dated: New York, New York
       September 8, 2020

                                    **SO ORDERED**.

                                    **BARBARA MOSES**
                                    **United States Magistrate Judge**