```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SAMANTHA FIELDS,                                                 :
                                                                 :
                        Plaintiff,                               :
                                                                 :         20-cv-0895 (LJL)
        -v-                                                      :
                                                                 :              ORDER
EQUIFAX INFORMATION SERVICES, LLC, et al.,                       :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

LEWIS J. LIMAN, United States District Judge:

As stated at the January 20, 2021 status conference, Plaintiff and Defendant Bank of America, N.A. are directed to file a joint letter by January 29, 2021 on the status of the settlement.

The Court expects the notice of dismissal as to Defendant Experian Information Solutions, Inc. to be filed within the next two weeks.

SO ORDERED.

Dated: January 20, 2021
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                                United States District Judge